450

THE STATE OF OHIO, APPELLEE, *v.* KUHAJDA, APPELLANT.

[Cite as *State v. Kuhajda* (1993), 67 Ohio St.3d 450.]

(No. 93–1127—Submitted September 15, 1993—Decided October 13, 1993.)

---

*David W. Norris,* Portage County Prosecuting Attorney, and *Robert J. Andrews,* Assistant Prosecuting Attorney, for appellee.

*Andrew Kuhajda, pro se.*

---

The motion for leave to appeal is allowed and the cause is reversed on authority of *State v. Collins* (1993), 67 Ohio St.3d 115, 616 N.E.2d 224.

A.W. SWEENEY, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and DOUGLAS, J., dissent.